## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CONTINUITY CONTROLS, LLC | § § | Case No. 23-10690 SMR |
| DEBTOR | § § | Chapter 7 |

### EXHIBIT AND WITNESS LIST
### FOR THE AUGUST 6, 2024 HEARING

| | |
|---|---|
| Lead Case No. **23-10690 SMR** | Debtor: Continuity Controls, LLC |
| **Witnesses**:<br>Nicholas Reisch, if necessary | Judge: Honorable Shad Robinson |
| Any witness called or designated by any other party for this Hearing | Hearing Date: August 6, 2024 |
| Any person present in the courtroom or on the court's conference call line | Hearing Time: 10:30 a.m. |
| Any witness called or designated by any other party for this Hearing; and any witness for rebuttal or impeachment purposes. | Attorney's Name and Contact Information:<br><br>Nicholas Reisch<br>nreisch@spencerfane.com<br>Eric M. Van Horn<br>ericvanhorn@spencerfane.com<br>**ATTORNEYS FOR INNODRY, LLC, JUSTIN MCCOY, JOHN BURCH, AND INVI OIL AND GAS, LLC** |
| | **Nature of Proceedings:**<br><br>Hearing to Consider and Act Upon the Following: (Related Document(s): 38 Motion to Compel Production or, Alternatively, for Turnover Order filed by John Thomas Oldham for Creditor PfP Industries, LLC |

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | A thumb drive containing documents in which a privilege is being asserted (for in camera review, if any) | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| | | | | | | | |

Innodry, LLC, Justin McCoy, John Burch, and Invi Oil and Gas, LLC reserve the right to amend, supplement and/or modify this designation of witnesses and exhibits at any time.

Respectfully submitted on August 1, 2024

**SPENCER FANE LLP**

By: */s/ Nicholas J. Reisch*
　　Nicholas J. Reisch
　　State Bar No. 24046699
　　nreisch@spencerfane.com
　　Brian W. Zimmerman
　　State Bar No. 00788746
　　bzimmerman@spencerfane.com
　　3040 Post Oak Blvd., Suite 1400
　　Houston, Texas 77056
　　Telephone:(713) 552-1234
　　Facsimile: (713) 963-0859

**ATTORNEYS FOR INNODRY, LLC, JUSTIN MCCOY, JOHN BURCH, AND INVI OIL AND GAS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 1, 2024, a true and correct copy of **INNODRY, LLC, JUSTIN MCCOY, JOHN CLAY BURCH, III AND INVI OIL & GAS, LLC'S EXHIBIT AND WITNESS LIST FOR THE AUGUST 6, 2024 HEARING** was served in compliance the Federal Rules of Bankruptcy Procedure and Local Rule 9013(d) on all required parties or their counsel of record, including PFP Industries, LLC by ECF service on markfontlaw@gmail.com and joldham@okinadams.com, the Chapter 7 Trustee by ECF service on rosherow@hotmail.com, Interested Party Patterson + Sheridan, LLP by ECF service on rrowe@ccsb.com, Debtor Continuity Controls, LLC by ECF service on fredwalkerlaw@yahoo.com and the U.S. Trustee by ECF service on ustpregion07.au.ecf@usdoj.gov.

　　　　　　　　　　　　　*/s/ Nicholas J. Reisch*
　　　　　　　　　　　　　Nicholas J. Reisch