# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>**CONTINUITY CONTROLS, LLC,**<br><br>DEBTOR. | Case No.: 23-10690 SMR<br><br>Chapter 7 |

## PATTERSON + SHERIDAN'S WITNESS AND EXHIBIT LIST
## FOR HEARING SCHEDULED ON AUGUST 6, 2024

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Patterson + Sheridan ("Patterson") and respectfully files this Witness and Exhibit List for the hearing scheduled on August 6, 2024, at 10:30 a.m. on PfP Industries, LLC's *Motion to Compel Production Or, Alternatively for Turnover Order* (Dkt. No. 38).

Patterson identifies the following potential witnesses and exhibits:

### WITNESSES

1. Patterson reserves the right to designate any impeachment or rebuttal witnesses and to examine any witnesses designated by the Movant or any other party in interest.

### EXHIBITS

| Ex No | Description | Date Filed | Docket | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 1 | May 31, 2024 Response Letter | 7-23-2024 | 42-1 | | | |

Additionally, Patterson expressly reserves the right to amend and add additional witnesses and exhibits, including witnesses or exhibits listed by any other party and/or rebuttal or impeachment witnesses and exhibits, as they are determined to be relevant or helpful by Patterson or the Court. Moreover, Patterson reserves the right to use any documents filed in the case subsequent to the filing and serving of this witness and exhibit list, and to move the Court for

additional relief, if necessary, including asking the Court to take judicial notice of any documents, pleadings, entries, or orders entered in this case.

Dated: August 1, 2024.

Respectfully submitted,

  */s/Robert C. Rowe*
J. Michael Sutherland
  Texas State Bar No. 19524200
Robert C. Rowe
  Texas State Bar No. 24086253
Carrington. Coleman, Sloman & Blumenthal L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: 214.855.3000
Facsimile: 214-580-2641
Email: msutherland@ccsb.com
        rrowe@ccsb.com

***Counsel for Patterson + Sheridan, LLP***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2024, a true and correct copy of the foregoing was served in compliance with the Federal Rules of Bankruptcy Procedure and Local Rule 9013(d) on all required parties or their counsel of record, including PFP Industries, LLC by ECF service on markfontlaw@gmail.com, the Chapter 7 Trustee by ECF service on rosherow@hotmail.com, and the U.S. Trustee by ECF service on ustpregion07.au.ecf@usdoj.gov.

  */s/Robert C. Rowe*
Robert C. Rowe