# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CONTINUITY CONTROLS, LLC | § | Case No. 23-10690 SMR |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RANDOLPH N. OSHEROW, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 346.40　　　　　　　　　　Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 24,760.50　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: NA

Total Expenses of Administration: 5,239.50

---

    3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,239.50 | 5,239.50 | 5,239.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 5,867,460.32 | 2,967,460.32 | 24,760.50 |
| TOTAL DISBURSEMENTS | $ NA | $ 5,872,699.82 | $ 2,972,699.82 | $ 30,000.00 |

4) This case was originally filed under chapter 7 on 08/29/2023. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2024        By:/s/RANDOLPH N. OSHEROW
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Office equipment including computer equipment | 1129-000 | 5,000.00 |
| All chapter 5 causes of action | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RANDOLPH N. OSHEROW, TRUSTEE | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| TRUSTEE EXPENSES:RANDOLPH N. OSHEROW, TRUSTEE | 2200-000 | NA | 223.51 | 223.51 | 223.51 |
| Axos Bank | 2600-000 | NA | 66.99 | 66.99 | 66.99 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 199.00 | 199.00 | 199.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):JANET RAKOWITZ | 3410-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,239.50 | $ 5,239.50 | $ 5,239.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PATTERSON + SHERIDAN LLP | 7100-000 | NA | 67,460.32 | 67,460.32 | 562.89 |
| 000002 | PFP INDUSTRIES, LLC | 7100-000 | NA | 2,900,000.00 | 2,900,000.00 | 24,197.61 |
| 000003 | PFP INDUSTRIES, LLC | 7100-000 | NA | 2,900,000.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 5,867,460.32 | $ 2,967,460.32 | $ 24,760.50 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 23-10690 SMR Judge: SHAD M. ROBINSON | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|
| Case Name: | CONTINUITY CONTROLS, LLC | Date Filed (f) or Converted (c): | 08/29/23 (f) |
| | | 341(a) Meeting Date: | 10/06/23 |
| For Period Ending: 09/03/24 | | Claims Bar Date: | 02/26/24 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. Chase Bank checking ending 6713 | 96.40 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. VFD motor controller | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Office equipment including computer equipment   electric motor  $100   programable logic computer  $125   dell labtop computer     $150 | 375.00 | 5,000.00 | | 5,000.00 | FA | 0.00 | 0.00 |
| 4. Siemens Programming Software   non assignable   non transferable | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. All chapter 5 causes of action   estimated value $30,000 | 0.00 | 25,000.00 | | 25,000.00 | FA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)   $721.40   $30,000.00   $30,000.00   $0.00   $0.00   $0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

motion to sell filed 12/28/23  December 29, 2023, 03:15 pm

Waiting on Asset purchase agreement  30k for all assets including chapter 5 causes of actionDecember 22, 2023, 01:33 pm

Initial Projected Date of Final Report (TFR): 12/31/24      Current Projected Date of Final Report (TFR): 12/31/24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 23-10690 -SMR | | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|---|
| Case Name: | CONTINUITY CONTROLS, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | 7632100002040 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 85-1353587 | | | |
| For Period Ending: | 09/03/24 | | Blanket Bond (per case limit): | $ 197,925,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 11/28/23 | | SHIELD LAW, PLLC | SALE OF OFFICE ASSETS | 1129-000 | 10,000.00 | | 10,000.00 |
| 11/28/23 | 3 | Asset Sales Memo: | Office equipment including computer equipment $5,000.00 | | | | 10,000.00 |
| 11/28/23 | 5 | Asset Sales Memo: | All chapter 5 causes of action $5,000.00 $5000.00 of this $10,000.00 deposit, relates to asset 5, all chapter 5 causes of action | | | | 10,000.00 |
| C 12/28/23 | 002001 | CLERK, U.S. BANKRUPTCY COURT | FILING FEE FOR DOC. #13, 12/28/23 12/28/2023, DOC. #13 - Trustee's Notice to Pay Filing Fee ($199.00) (Osherow, Randolph) (related document(s): 12 Trustee's Motion to Sell Property Free and Clear of Liens 11USC 363(f), all assets of debror's estate, (21 Day Objection Language). | 2700-000 | | 199.00 | 9,801.00 |
| C 01/02/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 11.04 | 9,789.96 |
| C 02/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 10.84 | 9,779.12 |
| C 02/27/24 | | SHIELD LAW, PLLC 1810 SOUTHMORE BLVD, STE 300 HOUSTON,TX 77004-5947 | SALE OF ASSETS | 1129-000 | 20,000.00 | | 29,779.12 |
| 02/27/24 | 5 | Asset Sales Memo: | All chapter 5 causes of action $20,000.00 Bank Serial #: | | | | 29,779.12 |
| C 03/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.24 | 29,766.88 |
| C 04/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 32.87 | 29,734.01 |
| C 04/03/24 | 002002 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS 78101 | PAYMENT PER DOC. #28, 4/3/24 04/03/2024, DOC. #28 - Order Authorizing (related document(s): 27 Application to Employ Janet Rakowitz of WYSI WYG Consulting, Accountant (21 Day Objection Language) filed by Randolph N Osherow for Trustee Randolph N Osherow) (Party Janet Rakowitz has been added to the case.) (Order entered on 4/3/2024) (Turner, Blayne). | 3410-000 | | 1,000.00 | 28,734.01 |
| C 06/18/24 | 002003 | RANDOLPH N. OSHEROW, TRUSTEE 342 W. Woodlawn Ave, Suite 100 San Antonio, TX 78212 | Chapter 7 Compensation/Fees | 2100-000 | | 3,750.00 | 24,984.01 |
| C 06/18/24 | 002004 | RANDOLPH N. OSHEROW, TRUSTEE 342 W. Woodlawn Ave, Suite 100 San Antonio, TX 78212 | Chapter 7 Expenses | 2200-000 | | 223.51 | 24,760.50 |
| C 06/18/24 | 002005 | PATTERSON + SHERIDAN LLP 24 Greenway Plaza, Suite 1600 Houston, TX 77046 | Claim 000001, Payment 0.83440% (1-1) Account Number (last 4 digits):3163 | 7100-000 | | 562.89 | 24,197.61 |
| C 06/18/24 | 002006 | PFP INDUSTRIES, LLC 14227 Fern St Houston, TX 77079 | Claim 000002, Payment 0.83440% (2-1) Misappropriation of trade secrets litigation | 7100-000 | | 24,197.61 | 0.00 |

PFORM2T4

Ver: 22.07l

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 23-10690 -SMR | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|
| Case Name: | CONTINUITY CONTROLS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | 7632100002040 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 85-1353587 | | |
| For Period Ending: | 09/03/24 | Blanket Bond (per case limit): | $ 197,925,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account | | Balance Forward | 0.00 | | Checks | 29,933.01 |
|---|---|---|---|---|---|---|
| 7632100002040 | 5 | Deposits | 30,000.00 | 6 | | |
| | 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 66.99 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 30,000.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 30,000.00 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 30,000.00 | | | |